# EXHIBIT 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMPASS GROUP USA, INC., a Delaware corporation, and MAZZONE HOSPITALITY, LLC, a New York limited liability company,<br><br>     Plaintiffs,<br><br>   v.<br><br>MATTHEW MAZZONE, an individual, SUZY MAZZONE, an individual, and MAZZONE WEDDING GROUP, LLC a New York limited liability company,<br><br>     Defendants. | Case No.  1:21-cv-801 (BKS/ML)<br><br>**COMPLAINT FOR UNFAIR COMPETITION, TRADEMARK DILUTION, AND UNFAIR AND DECEPTIVE TRADE PRACTICES**<br><br>JURY TRIAL DEMANDED |

Plaintiffs Compass Group USA, Inc. ("Compass") and Mazzone Hospitality, LLC ("MH LLC") (collectively, "Plaintiffs"), by and through undersigned counsel, for their complaint against defendants Matthew Mazzone ("Mr. Mazzone"), Suzy Mazzone ("Mrs. Mazzone"), and Mazzone Wedding Group, LLC ("Mazzone Wedding Group") (collectively, "Defendants") for false designation of origin, unfair competition, and state trademark infringement, state trademark dilution, and false and deceptive claims, plead and allege as follows:

## NATURE AND BASIS OF THE ACTION

1. Compass is a leading foodservice and support service company, having earned a reputation for its offering of large-scale corporate catering, stadium concessions, and food service for, among others, the education and healthcare communities.

2. Compass expanded its services in 2017 to include wedding and events catering through Compass's acquisition of Mazzone Hospitality and Mazzone Catering (the "Acquisition"), which were started by Angelo Mazzone in the Albany, New York area in 1980.

3. Through the Acquisition, Plaintiffs became owners of all rights in the names,

trademarks, trade names, service marks, logos, insignias, and designations MAZZONE
HOSPITALITY and MAZZONE CATERING (the "MAZZONE" Marks). Although the
ownership of the business changed upon the Acquisition, Plaintiffs, working closely with Angelo
Mazzone, continue to offer the same unsurpassed events and quality catering services long
offered under the MAZZONE Marks.

4.     Plaintiffs recently became aware that Angelo Mazzone's son, Defendant Matthew
Mazzone (who previously worked for his father's business and then for Plaintiffs following the
Acquisition), and his wife Defendant Suzy Mazzone, have started, in the Albany, New York
area, a competing wedding and events business using the names Mazzone Wedding Group and
Mazzone Weddings. Defendants advertise this competing business as being "family owned and
operated," tout Mr. Mazzone's prior experience with Mazzone Hospitality, and use the
confusingly similar service marks MAZZONE WEDDING GROUP and MAZZONE
WEDDINGS (the "MAZZONE WEDDING GROUP Marks") in promoting their competing
business.

5.      Plaintiffs bring this action to stop Defendants from continuing to unlawfully
misappropriate the valuable service marks, trade names, and designations owned by Plaintiffs
and used by Plaintiffs in offering the trend-setting and high-quality wedding and events services
that Plaintiffs, and their predecessors in interest, have long provided in the Albany, New York
area under the MAZZONE Marks.

6.     More specifically, Plaintiffs assert claims under the Lanham Act, 15 U.S.C. §
1125(a), state common law, and Section 349 and 360-1 of New York General Business Law
against Defendants, and seek preliminary and permanent injunctive relief and damages relating
to Defendants' unauthorized and unlawful use of the MAZZONE WEDDING Marks in

connection with hospitality and event services.

7.      Unless Defendants' infringing acts are preliminarily and permanently enjoined, Plaintiffs will suffer irreparable injury for which there is no adequate remedy at law.

## PARTIES

8.      Plaintiff Compass Group USA, Inc. is a corporation organized under the law of the State of Delaware with a place of business at 2400 Yorkmont Road, Charlotte, North Carolina 28217.

9.      Plaintiff Mazzone Hospitality, LLC is a limited liability company organized under the law of the State of New York, with a place of business at 2400 Yorkmont Road, Charlotte, North Carolina 28217. Mazzone Hospitality a subsidiary of Compass Group.

10.     On information and belief, Defendant Mazzone Wedding Group, LLC is a limited liability company organized under the law of the State of New York with its principal place of business at 743 Albany Shaker Road, Latham, New York 12110, and is engaged in the business of catering and hospitality services in interstate commerce in and around the area of Albany, New York.

11.     On information and belief, Defendants Matthew Mazzone and Suzy Mazzone are individuals residing at 2 Lavant Lane, Bunt Hills, New York 12027. On information and belief, Mr. Mazzone and Mrs. Mazzone are members and managers of Mazzone Wedding Group and, as such, have the right and ability to supervise Mazzone Wedding Group's infringing activities, actually do direct and supervise Mazzone Wedding Group's infringing activities, and also have a direct financial interest in such activities.

## JURISDICTION AND VENUE

12.     The Court has subject matter jurisdiction over the federal false designation of

origin and unfair competition claims pursuant to the Lanham Act, 15 U.S.C. §§ 1121 and 1125(a), and 28 U.S.C. §§ 1331 and 1338(a) and (b). The Court has supplemental jurisdiction over the claims arising under state law pursuant to 28 U.S.C. § 1367.

13.     The Court has personal jurisdiction over Defendants because, upon information and belief, Defendants are present and doing business in the State of New York either directly or through their agents or, alternatively, because Defendants are subject to personal jurisdiction under the principles set forth in New York Civil Practice Law and Rules § 302.

14.     Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391 because Defendants are subject to personal jurisdiction in this Judicial District and because a substantial part of the events giving rise to Plaintiffs' claims occurred in this Judicial District.

<u>**ALLEGATIONS COMMON TO ALL CLAIMS**</u>

A.     <u>**The MAZZONE Brand and Plaintiffs' Rights in the MAZZONE Marks**</u>

15.     Mazzone Hospitality and Mazzone Catering trace their roots to 1980, when Angelo Mazzone purchased Peggy's restaurant in Schenectady, New York. Angelo Mazzone grew the business to offer not only restaurant services but to also provide catering.

16.     Based on his desire to offer catering services on an even larger scale, in 1988, Angelo Mazzone purchased and renovated Glen Sanders Mansion, a historic mansion on the banks of the Mohawk River, in Scotia, New York, which is about twenty miles west of Albany, New York, and later added an inn to the mansion. The mansion quickly became known as a premiere wedding and events venue, providing guests with full-service catering and planning, as well as lodging, for weddings and receptions and business meetings and events.

17.     Following the purchase of Glen Sanders Mansion, Angelo Mazzone also started providing catering at off-site events, and over time became the exclusive caterer at many large

venues in Upstate, New York, including Hall of Springs in Saratoga, Empire State Plaza in Albany, Prime at Saratoga National, Fasig-Tipton in Saratoga Springs, Key Hall at Proctors in Schenectady, 90 State in Albany, and Hilton Garden Inn-Clifton Park.

18.     Angelo Mazzone built a reputation on sourcing the highest quality ingredients, a commitment to excellent service, a passion for providing people with an unforgettable dining experience, and a dedication to giving back to the local community.

19.     Angelo Mazzone grew Mazzone Hospitality to become a culinary empire in the Upstate, New York area. It has been characterized as "the dominant restaurant and catering company in the Capital Region" (Capitol Region Chamber, May 11, 2017), and the "largest local caterer" (*The Daily Gazzette*, January 16, 2013) by the press. Moreover, the press has called Angelo Mazzone "a dining powerhouse in the Capital Region" (*Times Union*, July 11, 2017) and "the Capital Region's most recognized restauranteur" (*Business Review*, November 18, 2011), and Angelo Mazzone and his businesses have won numerous awards.

20.     After decades of hard work in building the highly-respected and well-known MAZZONE brand, in 2017 Angelo Mazzone decided to sell his catering and executive events businesses, including the MAZZONE Marks, to a fellow leader in the foodservice industry, Plaintiffs.

21.     On May 8, 2017, Angelo Mazzone, by and through his companies Mazzone Management Group, Ltd. and Mazzone Management, Inc. (the "Mazzone Entities"), entered into an asset purchase agreement with Plaintiffs for the sale of the Mazzone Hospitality and Mazzone Catering businesses (the "Asset Purchase Agreement").

22.     The terms of the sale in the Asset Purchase Agreement provide for the transfer of certain intellectual property from Angelo Mazzone and the Mazzone Entities to Plaintiffs,

including "[a]ll rights, title and interest of Sellers in any inventions, trade secrets, know-how, recipes, proprietary processes and formulae, and similar information relating primarily to [Plaintiffs], including any trade names, trademarks, service marks, any applications and registrations therefor, all registered and unregistered copyrights, internet web sites, social media presences and internet domain names owned and used by Sellers as of the Closing Date related to the Purchased Business, all as listed on Schedule 1(d)." Schedule 1(d) of the Asset Purchase Agreement entitled "Transferred Intellectual Property" specifically enumerates the following trade names: (1) Mazzone Catering and (2) Mazzone Hospitality.

23.     There is no question, therefore, that by virtue of the Asset Purchase Agreement, Plaintiffs own the Mazzone Entities' rights, and all associated goodwill, in the MAZZONE Marks under which Plaintiffs currently advertise, market, offer, and provide hospitality and catering services, including wedding and event planning and catering.

24.     Following the acquisition of assets from Angelo Mazzone and the Mazzone Entities, Plaintiffs have continued offering, in interstate commerce in and around the Albany, New York, area, the same high-quality wedding and event planning and catering services under the trade names Mazzone Hospitality and Mazzone Catering, with Angelo Mazzone still closely involved in the business.

25.     Plaintiffs promote their catering events services through various media, including on their Mazzone Hospitality and Mazzone Catering websites at https://mazzonehospitality.com/ and https://mazzonecatering.com/, the websites for the venues where Mazzone Hospitality is the exclusive caterer, social media, in wedding magazines, and at wedding shows. Printouts of example pages from Plaintiffs' Mazzone Hospitality and Mazzone Catering websites are attached as Exhibits A and B, respectively. Even though Plaintiffs' services under the

MAZZONE Marks are offered primarily in and around the Upstate New York, area, Plaintiffs'

customers and vendors include persons from outside the State of New York, and Plaintiffs'

activities occur in interstate "commerce" as that term is defined in Section 45 of the Lanham Act,

15 U.S.C. §1127.

26.     Based on Plaintiffs' and their predecessors-in-interest's long use, advertising, and

promotion of services under the MAZZONE Marks, the MAZZONE Marks have acquired

enormous goodwill and have come to be immediately identified with Plaintiffs as the source of

their hospitality and catering services.

27.     In addition to common law rights from extensive use, Compass owns the

following pending U.S. federal trademark applications for the MAZZONE Marks:

- MAZZONE HOSPITALITY (App. Ser. No. 90/579,735) in connection with

  "catering services"; and

- MAZZONE CATERING (App. Ser. No. 90/579,700) in connection with

  "catering services."

Copies of these applications are attached as Exhibit C.

**B.   Defendants' Unlawful Acts**

28.     Matthew Mazzone was an employee of his father's company prior to the

Acquisition by Plaintiffs, and became an employee of Plaintiffs after the Acquisition.

29.     In connection with the Asset Purchase Agreement, Plaintiffs entered into an

employment agreement with Mr. Mazzone, providing for a generous compensation package

including an annual salary, bonus plan, and car allowance. The agreement also included a

prohibition of Mr. Mazzone competing with Plaintiffs or soliciting Plaintiffs' customers

following Mr. Mazzone's departure from Plaintiffs' employ.

30.     On or around April 7, 2020, Mr. Mazzone left the employment of Mazzone Hospitality and signed a separation agreement that prohibited him from soliciting Plaintiffs' customers or employees for a competing business for eighteen months.

31.     On information and belief, a week after Mr. Mazzone left Mazzone Hospitality, he registered the domain name MazzoneWeddings.com, despite the non-compete and non-solicitation provisions under his employment and separation agreements with Plaintiffs.

32.     On information and belief, sometime in early 2021, Mr. Mazzone and Mrs. Mazzone launched Mazzone Wedding Group in Upstate New York, in or around the same vicinity as Mazzone Catering and Mazzone Hospitality, and started using the MAZZONE WEDDING Marks in connection with offering wedding and event planning and catering services. On information and belief, Defendants' services under the MAZZONE WEDDING Marks are offered in interstate "commerce" as that term is defined in Section 45 of the Lanham Act, 15 U.S.C. §1127.

33.     On information and belief, Mr. Mazzone is the owner and President of Mazzone Wedding Group, and his co-owner, Mrs. Mazzone, is the Vice President.

34.     On information and belief, Mr. Mazzone and Mrs. Mazzone selected the MAZZONE WEDDING Marks, and in their roles as owners and President and Vice President of Mazzone Wedding, have authorized and approved of the use of those Marks.

35.     In adopting the trade name Mazzone Wedding Group and the MAZZONE WEDDING Marks, Mr. Mazzone and Mrs. Mazzone were clearly aware of Plaintiffs' use of and strong prior rights in the MAZZONE Marks, based on Mr. Mazzone's prior employment with his father and Plaintiffs, as well as their knowledge of the Asset Purchase Agreement.

36.     Defendants nevertheless chose a trade name and service marks confusingly

similar to Plaintiffs' MAZZONE Marks, in an attempt to trade off of, and free ride upon, the goodwill in the MAZZONE brand, and to create an association with Plaintiffs' business.

37.     Defendants' intent to create an association with the MAZZONE Marks and Plaintiffs is clear in Defendants' marketing.

38.     Indeed, in promoting their competing services on the Mazzone Wedding Group website, https://www.mazzoneweddings.com, Defendants tout Mr. Mazzone's experience as "Former CFO & COO of Mazzone Hospitality," and reference Mr. Mazzone "[j]oining the family business at a young age." The website further discusses Mr. Mazzone's experience in "the family business" and advertises Mazzone Wedding Group as a "family owned and operated catering company." A printout of Defendants' Mazzone Wedding Group website is attached as Exhibit D.

39.     Unsurprisingly, Defendants' use of the Mazzone Wedding Group trade name and MAZZONE WEDDING Marks has resulted in instances of actual confusion.

40.     For example, a vendor emailed both Mazzone Hospitality and Defendants, apparently believing the two companies were related.

41.     Similarly, a photographer tagged both Mazzone Hospitality and Defendants in a post about a wedding catered by Plaintiffs.

**C.  Plaintiffs' Attempts to Resolve This Dispute**

42.     On March 10, 2021, Plaintiffs' in-house counsel sent Mr. Mazzone a letter reminding him of his post-employment obligations to Plaintiffs, including to refrain from: (i) using Plaintiffs' confidential information, soliciting or selling to Plaintiffs' customers, and (ii) soliciting or hiring Plaintiffs' employees. The letter also warned Mr. Mazzone of Plaintiffs' concern that his recently-launched competing wedding business would breach his contractual

post-employment obligations.

43.     On March 22, 2021, Plaintiffs' in-house counsel sent Mr. Mazzone another letter, expressing Plaintiffs' concerns that Mr. Mazzone's use of the confusingly similar Mazzone Wedding Group mark was likely to cause consumer confusion and would violate Plaintiffs' trademark rights under federal and state law. The letter requested that Mr. Mazzone cease and desist use of the name "Mazzone" or any substantially similar mark in connection with a catering business in New York.

44.     When Plaintiffs did not receive satisfactory responses to the letters from in-house counsel, outside counsel for Plaintiffs sent an additional letter on May 7, 2021, again requesting that Mr. Mazzone change the name of his business and warning that Plaintiffs would commence legal action, including the filing of a motion for preliminary injunction, absence compliance.

45.     Despite Plaintiffs' repeated warnings and attempts to reach a resolution without the need for litigation, Defendants continue to use the MAZZONE WEDDING Marks in violation of Plaintiffs' rights.

## FIRST CLAIM FOR RELIEF

### Unfair Competition and False Designation of Origin Under 15 U.S.C. § 1125(a)

46.     Plaintiffs repeat and reallege the averments contained in foregoing Paragraphs as if fully set forth herein again.

47.     Defendants' conduct alleged above is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with Plaintiffs, or as to the origin, sponsorship, or approval of Defendants' services, or commercial activities Plaintiffs, and therefore constitutes unfair competition and false designations of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C.§ 1125(a).

48. By their unauthorized use of the service marks, trade names, and designations "Mazzone Wedding Group" and "Mazzone Weddings" in connection with their hospitality and event planning services and on marketing and advertising materials, Defendants have falsely designated the origin of their services, and competed unfairly with Plaintiffs, in violation of 15 U.S.C. § 1125(a).

49. On information and belief, Defendants' acts of false designation of origin and unfair competition have been done willfully and deliberately.

50. Plaintiffs have been damaged and/or is likely to be damaged by the wrongful conduct of defendants.

51. Defendants' violations of 15 U.S.C. § 1125(a) entitle Plaintiffs to recover damages, including but not limited to, Defendants' profits from the sale of all infringing services, actual damages, treble damages, corrective advertising damages, litigation costs, and attorneys' fees.

52. Defendants' willful and deliberate acts described above have caused irreparable injury to Plaintiffs' goodwill and reputation, and, unless enjoined, will cause further irreparable injury, whereby Plaintiffs have no adequate remedy at law.

## SECOND CLAIM FOR RELIEF

## Trademark Dilution Under New York Gen. Bus. Law § 360-1

53. Plaintiffs repeat and reallege the averments contained in foregoing Paragraphs as if fully set forth herein again.

54. This claim is for injury to goodwill and business reputation pursuant to New York General Business Law Section 360-1, as amended.

55. The MAZZONE marks are distinctive within the meaning of New York General

Business Law Section 360-1.

56.     Defendants' conduct alleged above causes injury to the goodwill and business reputation of Plaintiffs and their MAZZONE marks and creates a likelihood of dilution of the distinctive quality of those marks in violation of New York General Business Law Section 360-1.

57.     Defendants' acts described above have caused injury and damages to Plaintiffs, and has caused irreparable injury to Plaintiffs' goodwill and business reputation and, unless enjoined, will cause further irreparable injury, whereby Plaintiffs have no adequate remedy at law.

### THIRD CLAIM FOR RELIEF

### Trademark Infringement and Unfair Competition Under State Common Law

58.     Plaintiffs repeat and reallege the averments contained in foregoing Paragraphs as if fully set forth herein again.

59.     Defendants' use of the service marks, trade names, and designations "Mazzone Wedding Group" and "Mazzone Weddings" in connection with their hospitality and event planning services and on marketing and advertising materials, as alleged above, constitutes trademark infringement and unfair competition in violation of the common law of the State of New York.

60.     On information and belief, Defendants' acts of common law trademark infringement and unfair competition have been done willfully and deliberately and Defendants have profited and been unjustly enriched by sales that Defendants would not otherwise have made but for their unlawful conduct.

61.     Defendants' acts described above have caused injury and damages to Plaintiffs,

and have caused irreparable injury to Plaintiffs' goodwill and reputation and, unless enjoined, will cause further irreparable injury, whereby Plaintiffs have no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

### Deceptive Acts and Practices Under New York Gen. Bus. Law § 349

62.     Plaintiffs repeat and reallege the averments contained in foregoing Paragraphs as if fully set forth herein again.

63.     This claim is for deceptive acts and practices under New York General Business Law Section 349.

64.     Defendants' use of the trademarks, trade name, and designations "Mazzone Wedding Group" and "Mazzone Weddings" in connection with their hospitality and event planning services and on marketing and advertising materials, as alleged above, constitutes a deceptive act and practice in violation of New York General Business Law Section 349.

65.     On information and belief, Defendants' unlawful conduct has been willful and deliberate and Defendants have profited and been unjustly enriched by sales that Defendants would not otherwise have made but for their unlawful conduct.

66.     Defendants' intentional and wrongful acts described above have caused injury and damages to Plaintiffs, and have caused irreparable injury to Plaintiffs' goodwill and reputation and, unless enjoined, will cause further irreparable injury, whereby Plaintiffs have no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that this Court enter judgment against Defendants as follows:

1.     Ordering that Defendants be adjudged to have violated Section 43(a) of the

Lanham Act, 15 U.S.C. § 1125(a), to have committed acts of trademark infringement and unfair competition in violation of New York common law, to have caused trademark dilution in violation of New York Gen. Bus. Law § 360-1, to have committed unfair competition and deceptive acts and in violation of New York Gen. Bus. Law § 349, and to have committed breaches of contract in violation of state common law;

2.     Ordering an accounting of all gains, profits, savings and advantages realized by Defendants from their aforesaid acts of false designation of origin, trademark infringement, unfair competition, and deceptive acts and practices;

3.     Awarding such damages as Plaintiffs shall establish in consequence of Defendants' aforesaid acts of false designation of origin, trademark infringement, unfair competition, and deceptive acts and practices, including three times the amount found as actual damages by the trier of fact to properly compensate Plaintiffs for their damages, pursuant to 15 U.S.C. § 1117(a), and, pursuant to New York Gen. Bus. Law § 349(h), statutory damages of $1,000 for each violation, together with appropriate interest thereon;

4.     Awarding punitive damages on Plaintiffs' common law claims in an amount to be determined by the trier of fact for Defendants' willful and unauthorized use of Plaintiffs' Marks;

5.     Granting a preliminary and permanent injunction restraining Defendants, their officers, directors, agents, employees, servants, attorneys, successors, assigns, and others controlling, controlled by or affiliated with them and all those in privity or active concert or participation with any of the foregoing, and all those who receive actual notice by personal service or otherwise:

        a.    from using, orally or in writing, the trade names, service marks, or designations "Mazzone Wedding Group" and "Mazzone Weddings" or any other name, word,

mark or designation confusingly similar to Plaintiffs' MAZZONE Marks, for any

and all products or services;

b.  from using, orally or in writing, or applying for registration of, any trade names,

trademarks, service marks, logos, insignias, or designations containing the words

"Mazzone Wedding Group" and "Mazzone Weddings" or anything similar thereto

or derivative thereof, either alone or in conjunction with other words or symbols

for any and all products or services;

c.  from representing that the "Mazzone Wedding Group" and "Mazzone Weddings"

originates with, is sponsored by, emanates from, or otherwise is associated with

Plaintiffs or the source of the Mazzone Catering and Mazzone Hospitality brand;

and

d.  from otherwise competing unfairly with Plaintiffs.

6.      Ordering that, pursuant to Section 34(a) of the Lanham Act, 15 U.S.C. § 1116(a),

Defendants shall serve upon Plaintiffs within thirty (30) days after service on Defendants of an

injunction, or such extended period as the Court may direct, a report in writing under oath setting

forth in detail the manner and form in which Defendants have complied with the injunction;

7.      Ordering Defendants to recall from publication, distribution, or dissemination,

and deliver up for destruction, all advertising, marketing, promotional pieces, and other items,

the dissemination of which by Defendants would violate the injunction herein granted;

8.      Awarding Plaintiffs their costs and expenses of this action;

9.      Declaring that this is an exceptional case, pursuant to 15 U.S.C. § 1117, because

of the willful and deliberate nature of Defendants' acts of false designation of origin and unfair

competition, and awarding Plaintiffs their reasonable attorneys' fees;

10.    Awarding Plaintiffs their reasonable attorneys' fees; and

11.    Granting such other and further relief as this Court may deem just and proper.

Dated: July 14, 2021

**BARCLAY DAMON LLP**

_/s/ David M. Cost_
David M. Cost
Bar Roll No.: 514417

Office & Post Office Address
80 State Street
Albany, New York 12207
Telephone: (518) 429-4286
Facsimile: (518) 533-2913
E-mail:  dcost@barclaydamon.com

**KILPATRICK TOWNSEND & STOCKTON LLP**
William M. Bryner (_pro hac vice_ application to be filed)
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 607-7300
Fax:  (336) 607-7500
WBryner@KilpatrickTownsend.com

Crystal Genteman (_pro hac vice_ application to be filed)
Erica C. Chanin (_pro hac vice_ application to be filed)
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Fax: (404) 745-8673
CGenteman@KilpatrickTownsend.com
EChanin@KilpatrickTownsend.com

Attorneys for Plaintiff Compass Group USA, Inc. and
Mazzone Hospitality, LLC

# EXHIBIT A

Page Vault

| | |
|---|---|
| Document title: | Weddings and Events - Experience the Difference \| Mazzone Hospitality |
| Capture URL: | https://mazzonehospitality.com/ |
| Captured site IP: | 192.196.157.145 |
| Page loaded at (UTC): | Tue, 13 Jul 2021 17:34:36 GMT |
| Capture timestamp (UTC): | Tue, 13 Jul 2021 17:36:31 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 2 |
| Capture ID: | 55688f68-2458-42d4-b3ea-25c81071973f |
| User: | kts-nsmith |



we bring events to life

Our team creates memorable experiences through world-class food, service, and event management. We invite you to see your event dreams come to life.







## WE'RE HIRING!

This past year, the hospitality industry was affected in a way that no one could have imagined. We cannot wait to get back out there and do what we love!
As we rebuild our team, Mazzone Hospitality is looking for full-time, part-time, and on-call employees who have a true passion for hospitality. Join our team at mazzonehospitality.com/careers!







*"They handled every last detail, the food was fabulous and the day of staff and service just perfect."*

see venues



SPRING AND SUMMER ENTERTAINING

It's time to start grilling and chilling with family and friends! View our Spring and Summer Entertaining at Home packages that are sure to be a hit at your next at-home celebration.

Pickup is available Monday through Thursday from 743 Pierce Road.



Document title: Weddings and Events - Experience the Difference | Mazzone Hospitality
Capture URL: https://mazzonehospitality.com/
Capture timestamp (UTC): Tue, 13 Jul 2021 17:35:48 GMT





It's time to start grilling and chilling with family and friends! View our Spring and Summer Entertaining at Home packages that are sure to be a hit at your next at-home celebration.

Pickup is available Monday through Thursday from 743 Pierce Road, Clifton Park.

To order, call 518-690-0293.

**CLICK TO** VIEW PACKAGES



Love conquers all!

Weddings are still something to be celebrated. Enjoy some of our favorite tips, tricks, and more on the new VOW Magazine digital site.

**CLICK TO** READ MORE

Document title: Weddings and Events - Experience the Difference | Mazzone Hospitality
Capture URL: https://mazzonehospitality.com/
Capture timestamp (UTC): Tue, 13 Jul 2021 17:36:09 GMT





### dining

truly amazing dining experiences await

### our places

from private settings to grand halls



### catering

let us bring your dream to life

## MAZZONE HOSPITALITY

Document title: Weddings and Events - Experience the Difference | Mazzone Hospitality
Capture URL: https://mazzonehospitality.com/
Capture timestamp (UTC): Tue, 13 Jul 2021 17:36:20 GMT





let us bring your dream to life

**MAZZONE HOSPITALITY**

There's a lot to love, and we welcome you to get to know us.

our story

About
Careers
Contact
Privacy Policy
Safety

mazzone hospitality

743 Pierce Rd.
Clifton Park, NY 12065
518.690.0293

Copyright All Rights Reserved © 2020

# EXHIBIT B

Page Vault

| | |
|---|---|
| Document title: | World Class Gourmet Catering for Weddings and Events \| Mazzone Catering |
| Capture URL: | https://mazzonecatering.com/ |
| Captured site IP: | 192.196.157.145 |
| Page loaded at (UTC): | Tue, 13 Jul 2021 16:57:09 GMT |
| Capture timestamp (UTC): | Tue, 13 Jul 2021 17:02:09 GMT |
| Capture tool: | v7.9.1 |
| Collection server IP: | 52.7.109.102 |
| Browser engine: | Chrome/77.0.3865.120 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 5 |
| Capture ID: | 4eda9f9a-13a3-45c6-88e7-9aa408cec500 |
| User: | kts-nsmith |

**MAZZONE CATERING**

blog    about    CONTACT



World-Class Catering at
## Our Place or Yours

Document title: World Class Gourmet Catering for Weddings and Events | Mazzone Catering
Capture URL: https://mazzonecatering.com/
Capture timestamp (UTC): Tue, 13 Jul 2021 17:02:09 GMT



from the beginning, mazzone hospitality has been known to set trends. we are a team of culinary innovators and hospitality professionals.

In response to new safety protocols, we have reimagined catered events, including virtual and non-traditional elements, revised floor plans, and designed creative approaches to delivering food and beverage.

We will continue to focus on all aspects of our work while pushing the boundaries of what catered events will be in the future and maintaining the high standards we have set for ourselves and our clients.

Most importantly, we pledge to show each client the support and understanding they need to feel safe and comfortable.

We have carefully crafted special Petite Weddings and Petite Affairs menu packages for groups no more than 50 because people still want to gather. Trust your next Petite gathering to Mazzone Hospitality.



go anywhere - *do anything.*

Mazzone Catering specializes in off-premise events beyond our exclusive Mazzone Hospitality properties- whether it's in your backyard or one of our preferred venues. We take a fresh and innovative approach to the concept of catering and collaborate with a team of creative partners to make every event flawless. Our refined culinary and in-house décor teams never miss a beat. From elegantly simple to over-the-top decadence, we'll work together to bring your vision to life. We are prepared for all of life's unexpected to make sure your event goes smoothly. From rain or shine to missing buttons, we provide you peace of mind to ensure you have an unforgettable event.


Case 1:21-cv-00001-BKS-ML Document 9-42 Filed 07/20/21 Page 30 of 76

to make sure your event goes smoothly. From rain or shine to missing buttons, we provide you peace of mind to ensure you have an unforgettable event.

## order mazzone

Mazzone Hospitality offers world class, fully-cooked holiday meals and locally-sourced gourmet gift boxes for pickup and delivery. Share your love this season and leave the cooking to us! Order here.


weddings


places


design


corporate


social

## see what people are saying about us

"Mazzone staff has such great energy, everyone is so professional and the food was absolutely delicious!! Everyone had nothing but great things to say!!"

- Kerry & Collin

"Being a planner in the wedding industry, I knew before I got engaged that Mazzone was the caterer for me. Their quality and service is by far the best in the business."

- Alison

"I have never worked with more professional caterers and our family was completely blown away by the level of service, attentiveness and outstanding suggestions that were made along the way in the planning for our daughter's wedding. We cannot wait to plan another event with your company. Kudos to Mazzone for a memorable, wonderful event! A+++"

- Abby



### first dance songs to kick off your reception right

Your wedding first dance is personal, romantic, and unforgettable. So, of course, you need the perfect song to mark the special occasion! To compile the very best first dance tunes, we asked the experts: our DJ Creative Partners. Whether you're looking for a soulful classic, country ballad, or a popular chart-topper, there's something for every couple on

Read More On Aisle Files


A WEDDING BLOG
AISLE FILES
BY MAZZONE HOSPITALITY



Partners. Whether you're looking for a soulful classic, country ballad, or a popular chart-topper, there's something for every couple on

Read More On Aisle Files

we would love to hear from you



📍 743 Pierce Rd. Clifton Park, NY 12065

✉️ info@mazzonecatering.com

☎️ 518-690-0293

Name (Required)

Email (Required)

Phone (Required)

How would you like to be contacted?
Phone

How Did You Hear About Us?
Online Search

What can we do for you?
General Question

Date of Event
mm/dd/yyyy

Date is Flexible ☐

Number of Guests

Type your message here

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Send



Copyright © 2018 - 2021 Mazzone Hospitality All Rights Reserved

Document title: World Class Gourmet Catering for Weddings and Events | Mazzone Catering
Capture URL: https://mazzonecatering.com/
Capture timestamp (UTC): Tue, 13 Jul 2021 17:02:09 GMT
Page 4 of 4

# EXHIBIT C

**Generated on:** This page was generated by TSDR on 2021-07-13 15:49:45 EDT

**Mark:** MAZZONE HOSPITALITY

MAZZONE HOSPITALITY

**US Serial Number:** 90579735

**Filed as TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Application Filing Date:** Mar. 15, 2021

**Currently TEAS Plus:** Yes

LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** Jun. 15, 2021

## Mark Information

**Mark Literal Elements:** MAZZONE HOSPITALITY

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Catering services

**International Class(es):** 043 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 2007

**Use in Commerce:** Dec. 31, 2007

## Basis Information (Case Level)

**Filed Use:** Yes

**Filed ITU:** No

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Compass Group USA, Inc.

**Owner Address:** 2400 Yorkmont Road
Charlotte, NORTH CAROLINA UNITED STATES 282174511

| Legal Entity Type: | CORPORATION | State or Country Where Organized: | DELAWARE |

## Attorney/Correspondence Information

**Attorney of Record**

| Attorney Name: | Kathy Keller | | |
| Attorney Primary Email Address: | kathy.keller@compass-usa.com | Attorney Email Authorized: | Yes |

**Correspondent**

Correspondent Name/Address: KATHY KELLER
COMPASS GROUP USA, INC.
2400 YORKMONT ROAD
CHARLOTTE, NORTH CAROLINA UNITED STATES 28217

| Phone: | 704-328-2838 | Fax: | 704-295-5389 |
| Correspondent e-mail: | kathy.keller@compass-usa.com legal.trademarks-copyrights@compass-usa.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
| --- | --- | --- |
| Jun. 15, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 18, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| Current Location: | NEW APPLICATION PROCESSING | Date in Location: | Jun. 15, 2021 |

MAZZONE HOSPITALITY





# PRIME business dining

home » **prime business dining**

Our goal is to continue to be a leader in the corporate culinary industry by providing timely service in a hospitable manner to our clients. Our Business Dining Division uses chef-inspired menus and natural ingredients from local sources. We operate corporate cafeterias, kiosks and lunch delivery solutions, as well as provide services for concessions, social catering and events. Our brand is contemporary and flexible without sacrificing our culinary creativity

To set your company apart from the rest, we are able to provide competitive features including but not limited to:

- Indoor gardens filled with fresh herbs and hydroponically grown vegetables
- Infrastructure of glass walls, floors made from recycled materials, stone countertops
- Electric Boards displaying menus and specials
- Marketing Campaigns
- Green initiatives tailored to account needs
- Purchasing energy efficient equipment
- Earth-friendly packaging
- Recycling area for compost, recycle and landfill
- Discounts for brining personal travel mugs
- Fair Trade Coffee

We perform market research to discern dining preferences while considering the location and consumer trends. From there, we work with our Executive Chef to design serving stations that best appeal to each account.

Visit Prime Business Dining – Our Leading Edge Business Dining Division





take your event to the next level!

Our talented design team has years of experience in artisanal styling of food and event environments. Unique presentation pieces, custom built accents, linens, lighting, and other soft and hard elements are used to create classic, natural, rustic, and modern looks. Our clients benefit from our consultative, solution-driven approach. We make the process of planning, designing, producing and hosting an event simple, fun, and cost-effective.

- Unique Tabletop Design
- Trendy Furniture
- Themed Station Décor
- Ambient Station Lighting
- Exciting Linen Options
- & Much More..

Contact our Design team

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90579735**
**Filing Date: 03/15/2021**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | MAZZONE HOSPITALITY |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | MAZZONE HOSPITALITY |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Compass Group USA, Inc. |
| **\*MAILING ADDRESS** | 2400 Yorkmont Road |
| **\*CITY** | Charlotte |
| **\*STATE**<br>**(Required for U.S. applicants)** | North Carolina |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 28217-4511 |
| **PHONE** | 704-328-2838 |
| **FAX** | 704-295-5389 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | CORPORATION |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 043 |

| *IDENTIFICATION | Catering services |
|---|---|
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/31/2007 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/31/2007 |
| SPECIMEN FILE NAME(S) | |
| ORIGINAL PDF FILE | SPE0-717518254-2021031515 5247405096_._Mazzone_Hospitality.pdf |
| CONVERTED PDF FILE(S)<br>(3 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\905\797\90579735\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\797\90579735\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\797\90579735\xml1\ FTK0005.JPG |
| SPECIMEN DESCRIPTION | website advertising of services |
| WEBPAGE URL | www.mazzonehospitality.com |
| WEBPAGE DATE OF ACCESS | 03/15/2021 |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Kathy Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Compass Group USA, Inc. |
| STREET | 2400 Yorkmont Road |
| CITY | Charlotte |
| STATE | North Carolina |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 28217 |
| PHONE | 704-328-2838 |
| FAX | 704-295-5389 |
| EMAIL ADDRESS | kathy.keller@compass-usa.com |
| **CORRESPONDENCE INFORMATION** | |

| NAME | Kathy Keller |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | kathy.keller@compass-usa.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | legal.trademarks-copyrights@compass-usa.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| **\*TOTAL FEES DUE** | 250 |
| **\*TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /kathy keller/ |
| **\* SIGNATORY'S NAME** | Kathy Keller |
| **\* SIGNATORY'S POSITION** | Attorney of record, CA bar member |
| **SIGNATORY'S PHONE NUMBER** | 704-328-2838 |
| **\* DATE SIGNED** | 03/15/2021 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90579735**
**Filing Date: 03/15/2021**

## To the Commissioner for Trademarks:

**MARK:** MAZZONE HOSPITALITY (Standard Characters, see mark)
The literal element of the mark consists of MAZZONE HOSPITALITY. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Compass Group USA, Inc., a corporation of Delaware, having an address of

    2400 Yorkmont Road
    Charlotte, North Carolina 28217-4511
    United States
    704-328-2838(phone)
    704-295-5389(fax)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 043:  Catering services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/31/2007, and first used in commerce at least as early as 12/31/2007, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website advertising of services.

**Original PDF file:**
SPE0-717518254-2021031515 5247405096_._Mazzone_Hosp itality.pdf
**Converted PDF file(s)** (3 pages)
Specimen File1
Specimen File2
Specimen File3

Webpage URL: www.mazzonehospitality.com
Webpage Date of Access: 03/15/2021

The owner's/holder's proposed attorney information: Kathy Keller. Kathy Keller of Compass Group USA, Inc., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    2400 Yorkmont Road
    Charlotte, North Carolina 28217
    United States
    704-328-2838(phone)
    704-295-5389(fax)
    kathy.keller@compass-usa.com

Kathy Keller submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

Kathy Keller
PRIMARY EMAIL FOR CORRESPONDENCE: kathy.keller@compass-usa.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): legal.trademarks-copyrights@compass-usa.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

  - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
  - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
  - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

  **And/Or**
  **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

  - The signatory believes that the applicant is entitled to use the mark in commerce;
  - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
  - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /kathy keller/   Date: 03/15/2021
Signatory's Name: Kathy Keller
Signatory's Position: Attorney of record, CA bar member
Signatory's Phone Number: 704-328-2838
Signature method: Sent to third party for signature
Payment Sale Number: 90579735
Payment Accounting Date: 03/15/2021

Serial Number: 90579735
Internet Transmission Date: Mon Mar 15 16:20:01 ET 2021
TEAS Stamp: USPTO/FTK-XX.XX.XX.XXX-20210315162001505
143-90579735-770fe6f4111da75d9e72d7d04e4
eeaada91d82b9a27cb1e2337d95587121fb9c7a-
CC-19593400-20210315155247405096

# MAZZONE HOSPITALITY





PRIME business dining

Our goal is to continue to be a leader in the corporate culinary industry by providing timely service in a hospitable manner to our clients. Our Business Dining Division uses chef-inspired menus and natural ingredients from local sources. We operate corporate cafeterias, kiosks and lunch delivery solutions, as well as provide services for concessions, social catering and events. Our brand is contemporary and flexible without sacrificing our culinary creativity

To set your company apart from the rest, we are able to provide competitive features including but not limited to:

- Indoor gardens filled with fresh herbs and hydroponically grown vegetables
- Infrastructure of glass walls, floors made from recycled materials, stone countertops
- Electric Boards displaying menus and specials
- Marketing Campaigns
- Green initiatives tailored to account needs
- Purchasing energy efficient equipment
- Earth-friendly packaging
- Recycling area for compost, recycle and landfill
- Discounts for brining personal travel mugs
- Fair Trade Coffee

We perform market research to discern dining preferences while considering the location and consumer trends. From there, we work with our Executive Chef to design serving stations that best appeal to each account.

Visit Prime Business Dining – Our Leading Edge Business Dining Division



Generated on: This page was generated by TSDR on 2021-07-13 15:51:27 EDT

Mark: MAZZONE CATERING

MAZZONE CATERING

| | | | |
|---|---|---|---|
| US Serial Number: | 90579700 | Application Filing Date: | Mar. 15, 2021 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |

TM5 Common Status Descriptor:



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

Status: New application will be assigned to an examining attorney approximately 3 months after filing date.

Status Date: Jun. 15, 2021

## Mark Information

Mark Literal Elements: MAZZONE CATERING

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Catering services | | |
| International Class(es): | 043 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Jan. 31, 2013 | Use in Commerce: | Jan. 31, 2013 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Compass Group USA, Inc. |
| Owner Address: | 2400 Yorkmont Road Charlotte, NORTH CAROLINA UNITED STATES 28217 |

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Kathy Keller

**Attorney Primary Email Address:** kathy.keller@compass-usa.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** KATHY KELLER
COMPASS GROUP USA, INC.
2400 YORKMONT ROAD
CHARLOTTE, NORTH CAROLINA UNITED STATES 28217

**Phone:** 704-328-2838

**Fax:** 704-295-5389

**Correspondent e-mail:** kathy.keller@compass-usa.com legal.trademarks-copyrights@compass-usa.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jun. 15, 2021 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 18, 2021 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** NEW APPLICATION PROCESSING

**Date in Location:** Jun. 15, 2021

# MAZZONE CATERING









## the standard for exceptional events

You won't have to work hard to host a private gathering. Anniversaries, birthdays, graduations…whatever the occasion, Mazzone Catering creates a stress-free experience that enables you to relax, enjoy and impress.

Premier Full Service Catering. Mazzone Catering defines full service catering in the Capital Region. For more than 20+ years we have pioneered turn-key event production in Upstate New York by building a company that offers an unlimited event source while providing individual attention. We are at your service - Catering, Design, Planning and Party Rentals. Our clients appreciate the ease of having one company handle their entire event production, our end goal is to make the planning easy and the results flawless.

Customize your menu and enjoy the flexibility of completely creating your own experience. We have an extremely talented culinary team, trained by the Culinary Institute of America and we stand ready to assist you in developing a menu that your guests will be talking about long after the last glass of champagne is poured!

With over 20+ years experience in catering in homes, historical sites, barns, museums and numerous other venues without kitchens or catering prep areas, there's no space that we can't handle. We are your Full Service Off-Premise Catering Experts. Explore menu options online, call and talk with a specialist or email an inquiry. We look forward to helping you put together a successful event!

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90579700**
**Filing Date: 03/15/2021**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | MAZZONE CATERING |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MAZZONE CATERING |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Compass Group USA, Inc. |
| *MAILING ADDRESS | 2400 Yorkmont Road |
| *CITY | Charlotte |
| *STATE (Required for U.S. applicants) | North Carolina |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 28217 |
| PHONE | 704-328-2838 |
| FAX | 704-295-5389 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 043 |

| *IDENTIFICATION | Catering services |
|---|---|
| *FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 01/31/2013 |
|    FIRST USE IN COMMERCE DATE | At least as early as 01/31/2013 |
|    SPECIMEN FILE NAME(S) | |
|    ORIGINAL PDF FILE | SPE0-717518254-2021031515 5913875619_._Mazzone_Catering.pdf |
|    CONVERTED PDF FILE(S)<br>   (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\905\797\90579700\xml1\ FTK0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\797\90579700\xml1\ FTK0004.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\797\90579700\xml1\ FTK0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\905\797\90579700\xml1\ FTK0006.JPG |
|    SPECIMEN DESCRIPTION | website advertising of services |
|    WEBPAGE URL | www.mazzonecatering.com |
|    WEBPAGE DATE OF ACCESS | 03/15/2021 |
| **ADDITIONAL STATEMENTS INFORMATION** | |
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| **ATTORNEY INFORMATION** | |
| NAME | Kathy Keller |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Compass Group USA, Inc. |
| STREET | 2400 Yorkmont Road |
| CITY | Charlotte |
| STATE | North Carolina |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 28217 |
| PHONE | 704-328-2838 |
| FAX | 704-295-5389 |

| EMAIL ADDRESS | kathy.keller@compass-usa.com |
|---|---|

## CORRESPONDENCE INFORMATION

| NAME | Kathy Keller |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | kathy.keller@compass-usa.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | legal.trademarks-copyrights@compass-usa.com |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Plus |
|---|---|
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| * SIGNATURE | /kathy keller/ |
|---|---|
| * SIGNATORY'S NAME | Kathy Keller |
| * SIGNATORY'S POSITION | Attorney of record, CA bar member |
| SIGNATORY'S PHONE NUMBER | 704-328-2838 |
| * DATE SIGNED | 03/15/2021 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 02/28/2021. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 90579700**
**Filing Date: 03/15/2021**

## To the Commissioner for Trademarks:

**MARK:** MAZZONE CATERING (Standard Characters, see mark)
The literal element of the mark consists of MAZZONE CATERING. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Compass Group USA, Inc., a corporation of Delaware, having an address of

    2400 Yorkmont Road
    Charlotte, North Carolina 28217
    United States
    704-328-2838(phone)
    704-295-5389(fax)
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 043:  Catering services

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 01/31/2013, and first used in commerce at least as early as 01/31/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) website advertising of services.

**Original PDF file:**
SPE0-717518254-2021031515 5913875619_._Mazzone_Cate ring.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

Webpage URL: www.mazzonecatering.com
Webpage Date of Access: 03/15/2021

The owner's/holder's proposed attorney information: Kathy Keller. Kathy Keller of Compass Group USA, Inc., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

    2400 Yorkmont Road
    Charlotte, North Carolina 28217
    United States
    704-328-2838(phone)
    704-295-5389(fax)

kathy.keller@compass-usa.com

Kathy Keller submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

Kathy Keller
PRIMARY EMAIL FOR CORRESPONDENCE: kathy.keller@compass-usa.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): legal.trademarks-copyrights@compass-usa.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /kathy keller/   Date: 03/15/2021
Signatory's Name: Kathy Keller
Signatory's Position: Attorney of record, CA bar member
Signatory's Phone Number: 704-328-2838
Signature method: Sent to third party for signature
Payment Sale Number: 90579700
Payment Accounting Date: 03/15/2021

Serial Number: 90579700
Internet Transmission Date: Mon Mar 15 16:18:26 ET 2021
TEAS Stamp: USPTO/FTK-XX.XX.XX.XXX-20210315161826888
207-90579700-77061c84c2c705c87742d21be1f
089ac1e33774832f6cf09118840e2c2b81017-CC

-18253352-20210315155913875619

# MAZZONE CATERING





As you may already know, planning an event can prove to be a daunting task. There are so many decisions to make, and details to organize. Well relax, because our experienced team of professionals work tirelessly to take care of each and every detail, anticipate your needs and go above and beyond your expectations.

In order to help your event run smoothly, we can coordinate or help you find resources, for things you may not even have considered:

- Rentals
- Water
- Electric
- Tenting
- Tastings
- Uniforms
- And More....





## the standard for exceptional events

You won't have to work hard to host a private gathering. Anniversaries, birthdays, graduations...whatever the occasion, Mazzone Catering creates a stress-free experience that enables you to relax, enjoy and impress.

Premier Full Service Catering. Mazzone Catering defines full service catering in the Capital Region. For more than 20+ years we have pioneered turn-key event production in Upstate New York by building a company that offers an unlimited event source while providing individual attention. We are at your service - Catering, Design, Planning and Party Rentals. Our clients appreciate the ease of having one company handle their entire event production, our end goal is to make the planning easy and the results flawless.

Customize your menu and enjoy the flexibility of completely creating your own experience. We have an extremely talented culinary team, trained by the Culinary Institute of America and we stand ready to assist you in developing a menu that your guests will be talking about long after the last glass of champagne is poured!

With over 20+ years experience in catering in homes, historical sites, barns, museums and numerous other venues without kitchens or catering prep areas, there's no space that we can't handle. We are your Full Service Off-Premise Catering Experts. Explore menu options online, call and talk with a specialist or email an inquiry. We look forward to helping you put together a successful event!

# EXHIBIT D

Home    Venues    About    Plan



99

We value the past, embrace the present, and welcome
the future of your family's most important events.

-Mazzone Wedding Group

←                                                            →

Home    Venues    About    Plan

-Mazzone Wedding Group



## WEDDINGS & EVENTS

Specializing in full service catering for all of your events. Offering on-site or off-premise catering to create your vision. We guarantee a truly unique, desirable, and memorable experience for you and your guests.

## PLAN

Our on-site event management professional will help navigate you through every step of the planning process. Customer intimacy is our top priority, and our talented team will work with you to deliver a truly memorable experience.

## QUALITY

Every detail matters. Food will be handled with care by experienced chefs sourcing fresh & local ingredients to be prepared on-site. Our knowledgable staff is ready to anticipate your every need.

## PARTNER

Our event planners wor closely, as a team, with o event professionals to ele your experience. In addit to planning your event, we turn your vision into a re by partnering with photographers, entertain designers, florists, rentals so much more.

Document title: Catering | Mazzone Wedding Group | New York
Capture URL: https://www.mazzoneweddings.com/
Capture timestamp (UTC): Tue, 13 Jul 2021 19:44:37 GMT

Home     Venues     About     Plan



OUR PASSION YOUR EVENT

Mazzone Wedding Group is a local, family-owned catering  company
established by Matt Mazzone & Suzy Mazzone.
We focus on professional planning, customer intimacy, quality food,
and exceptional service to help you celebrate generations of family now
and those to come.

Get In Touch

Mazzone Wedding Group

Home   Venues   About   Plan



OUR PASSION YOUR EVENT

Mazzone Wedding Group is a local, family-owned catering company
established by Matt Mazzone & Suzy Mazzone.
We focus on professional planning, customer intimacy, quality food,
and exceptional service to help you celebrate generations of family now
and those to come.

Get In Touch

Mazzone Wedding Group
743 Albany Shaker Rd.
Latham NY 12110

plan@mazzoneweddings.com

# From Our Family To Yours



> ❝
>
> ## Making Dreams
> ## Come True
>
> Matt Mazzone is well known in the Hospitality Industry. Former CFO & COO of Mazzone Hospitality, Matt Mazzone has what is takes to now take this new company to the next level. Matt's strengths in finance, building a team and growing companies is unparalleled to most. Joining the family business at a young age Matt grew to love and respect the hard work, passion and level of dedication it takes to operate a hospitality company. His passion is hospitality and he is now dedicated to giving the community a family owned and operated catering company that is built on values, family and community.
>
> Matt Mazzone
> President | Owner

> ❝
>
> ## Turning a Vision
> ## into Reality
>
> Starting in the hospitality industry at a young age gave Suzy Mazzone the experience needed to take her passion to the next level. Her attention to detail, creative mind, fun-loving and warm demeanor mixed with an accounting and marketing background makes her unstoppable. Suzy's attitude of 'The sky is not the limit' is what sets Mazzone Wedding Group apart from other hospitality companies. Suzy wants to focus on client and vendor relationships, and a quality product which have been long standing values for her.
>
> Suzy Mazzone
> Vice President | Owner





> ❝
>
> ## A Perfectionist In
> ## Every Detail
>
> Welcoming you with open arms and her southern hospitality, Amanda Trackey exudes passion and professionalism. With more than 15 years in the hospitality industry starting at the Carolina Yacht Club in Charleston, South Carolina to Social and Wedding Sales Manager at Saratoga National Golf Club, Amanda has done it all. From executing high level events and managing a team, to planning countless weddings, celebrations and gatherings, Amanda's focus is on customer

Document title: About | My Site
Capture URL: https://www.mazzoneweddings.com/about
Capture timestamp (UTC): Tue, 13 Jul 2021 19:37:29 GMT

client and vendor relationships, and a quality product which
have been long standing values for her.

Suzy Mazzone
Vice President | Owner





## A Perfectionist In
## Every Detail

Welcoming you with open arms and her southern hospitality, Amanda Trackey exudes passion and professionalism. With more than 15 years in the hospitality industry starting at the Carolina Yacht Club in Charleston, South Carolina to Social and Wedding Sales Manager at Saratoga National Golf Club, Amanda has done it all. From executing high level events and managing a team, to planning countless weddings,celebrations and gatherings, Amanda's focus is on customer intimacy while making the experience enjoyable for every client and guest.

Amanda Trackey
Director of Sales

## Anything is
## Possible

Lucien Rizio has executed thousands of successful events, wowing clients and their guests with his warmth and hospitality. From working for Turning Stone Resort and Casino, to leading the catering team at Mazzone Hospitality, Lucien continues to deliver on his passion by building world-class teams in order to turn the client's vision into reality, while executing events at the highest level. With unmatched experience and professionalism, Lucien strives to turn anything into a possibility, and we are thrilled to now have him in charge of operations here at Mazzone Wedding Group.

Lucien Rizio
Chief Operating Officer



Mazzone Wedding Group
743 Albany Shaker Rd.
Latham NY 12110

plan@mazzoneweddings.com



Document title: About | My Site
Capture URL: https://www.mazzoneweddings.com/about
Capture timestamp (UTC): Tue, 13 Jul 2021 19:37:29 GMT



## WEDDINGS & EVENTS



Book a Consultation



### THE HANGAR AT 743

Preserving aviation history, this beautifully unique and meticulously detailed airplane hanger, located on the grounds of Albany Airport, will provide you with an exclusive, one of a kind event.



### LAKE PARKWAY RETREAT

Offers you and your guests an all inclusive, intimate experience at this private Lake George estate.



### CATERING

Specializing in accomodating the client through the planning process with care, in addition to professionally executing, large, high-end events. Both on-premise and off-premise sites available.



### THE KENMORE BALLROOM

Located in Downtown Albany. Built in 1878 and restored in 2020, The Kenmore Ballroom is a Victorian building that has been transformed into a venue that feels lush, chic and vintage-inspired.



### WINDHORSE FARM EVENTS

Located in Mid Hudson Valley, this farm estate has industrial details to highlight its airy, natural light-filled elegance.Soaring glass windows open to the outside pastures make a perfect backdrop for a couple wanting to celebrate their union and who appreciate the scenic and pastoral setting of the farm.

Document title: Venues | Mazzone Wedding Group
Capture URL: https://www.mazzoneweddings.com/services
Capture timestamp (UTC): Tue, 13 Jul 2021 19:38:05 GMT






Book a Consultation

### THE HANGAR AT 743

Preserving aviation history, this beautifully unique and meticulously detailed airplane hanger, located on the grounds of Albany Airport, will provide you with an exclusive, one of a kind event.

### LAKE PARKWAY RETREAT

Offers you and your guests an all inclusive, intimate experience at this private Lake George estate.

### CATERING

Specializing in accomodating the client through the planning process with care, in addition to professionally executing, large, high-end events. Both on-premise and off-premise sites available.



### THE KENMORE BALLROOM

Located in Downtown Albany. Built in 1878 and restored in 2020, The Kenmore Ballroom is a Victorian building that has been transformed into a venue that feels lush, chic and vintage-inspired.



### WINDHORSE FARM EVENTS

Located in Mid Hudson Valley, this farm estate has industrial details to highlight its airy, natural light-filled elegance.Soaring glass windows open to the outside pastures make a perfect backdrop for a couple wanting to celebrate their union and who appreciate the scenic and pastoral setting of the farm.

Mazzone Wedding Group
743 Albany Shaker Rd.
Latham NY 12110

plan@mazzoneweddings.com



*All About You*

## Your Contact Information

First Name *    Last Name *

Email Address *

Phone Number    Ext.

How would you prefer to be contacted? Phone ▾

Company

☐ Subscribe to our Newsletter and Promotional Emails.

## Select your desired event style

Event Style
Full-Service Catering ▾

## Event Address

Street Address

City

State/Province

Postal Code

## Event Instructions

Delivery instructions



Mazzone Wedding Group
743 Albany Shaker Rd.
Latham NY 12110

plan@mazzoneweddings.com