# EXHIBIT 2

# Garcia, Alberto

| | |
|---|---|
| From: | Bryner, Bill |
| Sent: | Friday, July 16, 2021 2:11 PM |
| To: | Matthew Mazzone |
| Cc: | Genteman, Crystal |
| Subject: | RE: Unlawful Use of Names "Mazzone Wedding Group" and "Mazzone Weddings (KTS ref: 1242144) |
| Attachments: | 2021-07-14- FINAL COMPLAINT.PDF; Exhibit A_S7941362-mazzonehospitalitycom2021-07-13t17-36-26.pdf; Exhibit B_S7941237-mazzonecateringcom2021-07-13t17-01-53.pdf; Exhibit C_MAZZONE trademark applications.pdf; Exhibit D_S7941966-wwwmazzoneweddingscom2021-07-13_combined.pdf |

Mr. Mazzone:

Because you have not complied with Compass Group's requests to modify the name of your business, on Wednesday (July 14, 2021) we filed the attached lawsuit-initiating papers in the United States District Court for the Northern District of New York.  The attached is a courtesy copy; formal service of process on all three of the named Defendants will be effected in the coming days.  Because you are operating your business through a limited liability company, your LLC will need to retain an attorney in order for the LLC to appear and proceed in the lawsuit.  Also, in the early part of next week, the Plaintiffs intend to file a motion to show cause for a preliminary injunction, which will seek to enjoin use of the "Mazzone Wedding Group" and "Mazzone Weddings" names during the course of the litigation.  If you wish to reconsider voluntarily changing the names under which you are conducting business, please have your attorney contact me promptly, once he or she has been retained, to discuss that.

Sincerely,

**Bill Bryner**
**Kilpatrick Townsend & Stockton LLP**
1001 West Fourth Street | Winston-Salem, NC  27101-2400
office 336 607 7482 | cell 336 918 0447 | fax 336 734 2656
bbryner@kilpatricktownsend.com | My Profile | vCard

**From:** Matthew Mazzone [mailto:mattmazz28@gmail.com]
**Sent:** Friday, May 14, 2021 6:08 PM
**To:** Jarrell, Sherri <SJarrell@kilpatricktownsend.com>; Kathy.Keller@compass-usa.com
**Cc:** Bryner, Bill <BBRYNER@kilpatricktownsend.com>; Chanin, Erica <EChanin@kilpatricktownsend.com>; Genteman, Crystal <cgenteman@kilpatricktownsend.com>
**Subject:** Re: Unlawful Use of Names "Mazzone Wedding Group" and "Mazzone Weddings (KTS ref: 1242144)

**CAUTION: External Email**

Please Find the attached updated letter as there was a typo in the original letter submitted. The last paragraph should read "We do not"

Thank you
Matt Mazzone

On Fri, May 14, 2021 at 4:37 PM Matthew Mazzone <mattmazz28@gmail.com> wrote:
> Please find attached the response to your letter dated 5/7/21.
> Thank you.
> Matt Mazzone

On Fri, May 7, 2021 at 4:02 PM Jarrell, Sherri <SJarrell@kilpatricktownsend.com> wrote:
> I have attached correspondence from William Bryner.  Please note that a response is requested by May 14.
>
> Thank you,
>
> 
>
> **Sherri Jarrell**
> Paralegal
> **Kilpatrick Townsend & Stockton LLP**
> 1001 West Fourth Street | Winston-Salem, NC  27101-2400
> office 336 607 7413 | cell 304 541 7494 | fax 336 734 2664
> sjarrell@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard
>
> ---
>
> Confidentiality Notice:
> This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.
>
> ---
>
> ***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

2