# EXHIBIT 1

Home > Whois Lookup > MazzoneWeddings.com

## Whois Record for MazzoneWeddings.com

**– Domain Profile**

| | |
|---|---|
| **Proximity Score** | 19 |
| **Email** | mattmazz28@gmail.com is associated with ~6 domains<br>abuse@hostgator.com is associated with ~320,201 domains |
| **Registrar** | Launchpad, Inc. (HostGator) Launchpad.com Inc.<br>IANA ID: 955<br>URL: LaunchPad.com,http://www.launchpad.com<br>Whois Server: whois.launchpad.com<br><br>abuse@hostgator.com<br>(p) 17135745287 |
| **Registrar Status** | clientTransferProhibited |
| **Dates** | 462 days old<br>Created on 2020-04-14<br>Expires on 2022-04-14<br>Updated on 2021-03-29 |
| **Name Servers** | NS8.WIXDNS.NET (has 6,672,738 domains)<br>NS9.WIXDNS.NET (has 6,672,738 domains) |
| **IP Address** | 185.230.63.107 - 6,650,879 other sites hosted on this server<br>185.230.63.171 - 6,681,265 other sites hosted on this server<br>185.230.63.186 - 6,651,082 other sites hosted on this server |
| **IP Location** | - Virginia - Ashburn |
| **ASN** | AS58182 WIX_COM, IL (registered Nov 08, 2017) |
| **Domain Status** | Registered And Active Website |
| **Whois History** | 9 records have been archived since 2020-04-16 |
| **IP History** | 3 changes on 3 unique IP addresses over 1 years |
| **Registrar History** | 1 registrar |
| **Hosting History** | 2 changes on 3 unique name servers over 1 year |

**– Website**

| | |
|---|---|
| **Website Title** | None given. |

**Whois Record ( last updated on 2021-07-20 )**

```
Domain Name: MAZZONEWEDDINGS.COM
Registry Domain ID: 2514880728_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.launchpad.com
Registrar URL: LaunchPad.com
Updated Date: 2021-03-30T05:10:44Z
Creation Date: 2020-04-14T23:06:10Z
Registrar Registration Expiration Date: 2022-04-14T23:06:10Z
Registrar: Launchpad, Inc. (HostGator)
Registrar IANA ID: 955
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Matthew Mazzone
Registrant Organization: None
Registrant Street: 2 Lavant Lane
Registrant City: BURNT HILLS
Registrant State/Province: NY
Registrant Postal Code: 12027-9434
Registrant Country: US
Registrant Phone: +1.5184669424
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: mattmazz28@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Matthew Mazzone
Admin Organization: None
Admin Street: 2 Lavant Lane
Admin City: BURNT HILLS
Admin State/Province: NY
Admin Postal Code: 12027-9434
Admin Country: US
Admin Phone: +1.5184669424
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: mattmazz28@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Matthew Mazzone
Tech Organization: None
Tech Street: 2 Lavant Lane
Tech City: BURNT HILLS
Tech State/Province: NY
Tech Postal Code: 12027-9434
Tech Country: US
Tech Phone: +1.5184669424
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: mattmazz28@gmail.com
Name Server: ns8.wixdns.net
Name Server: ns9.wixdns.net
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse@hostgator.com
Registrar Abuse Contact Phone: +1.713-574-5287
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```



## Tools

| Whois History |
|---|
| Hosting History |

| Monitor Domain Properties | ▾ |
|---|---|
| Reverse Whois Lookup | ▾ |
| Reverse IP Address Lookup | ▾ |

| Network Tools | ▾ |
|---|---|

| Visit Website |
|---|

| ⬇ Preview the Full Domain Report |
|---|



| View Screenshot History |
|---|
| Queue Screenshot for Update |

## Available TLDs

**General TLDs**    Country TLDs

The following domains are available through our preferred partners. Select domains below for more information. (3rd party site)

☐ Taken domain.
☐ Available domain.
☐ Deleted previously owned domain.

7/20/2021

Case 1:21-cv-00801-BKS-ML Document 9-7 Filed 07/20/21 Page 5 of 8
MazzoneWeddings.com Whois, DNS, & Domain Info - DomainTools

| | |
|---|---|
| MazzoneWeddings.c… | View Whois |
| MazzoneWeddings.net | Buy Domain |
| MazzoneWeddings.org | Buy Domain |
| MazzoneWeddings.in… | Buy Domain |
| MazzoneWeddings.biz | Buy Domain |
| MazzoneWeddings.us | Buy Domain |

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information
© 2021 DomainTools

Mazzoneweddings.com - Whois History - DomainTools

Home  >  Whois History  >  Mazzoneweddings.com

# Whois History for Mazzoneweddings.com

≫

How does this work?

### Lookup Domain Ownership History

mazzoneweddings.com

LOOKUP

ONE-CLICK MONITORING

Create a Domain Monitor to monitor future changes to **"mazzoneweddings.com"**.

**Monitor Mazzoneweddings.com**

Enter a term to filter on

## Unique Records

collapse all

👁 *private*

*9 historical records found*

| 2021 | 6 total |
|---|---|
| 2021-07-15 | *more* \| *screenshot* |
| 2021-06-21 | *more* \| *screenshot* |
| 2021-06-01 | *more* \| *screenshot* |
| 2021-04-16 | *more* \| *screenshot* |

2021-02-20      *more | screenshot*

2021-01-16      *more | screenshot*

## 2020                        3 total

2020-10-15      *more | screenshot*

2020-07-15      *more | screenshot*

› 2020-04-16      *more | screenshot*

---

## Whois Record for 2020-04-16

*Previous*                            <u>Next (2020-07-15) »</u>

**Domain:**

| mazzoneweddings.com |
|---|

| | |
|---|---|
| **Record Date:** | 2020-04-16 |
| **Registrar:** | Launchpad.com Inc. |
| **Server:** | whois.launchpad.com |
| **Created:** | 2020-04-14 |
| **Updated:** | 2020-04-14 |
| **Expires:** | 2021-04-14 |

**Reverse Whois:**

| mattmazz28@gmail.com 🔍 | abuse@websitewelcome.com 🔍 |
|---|---|

```
Domain Name: MAZZONEWEDDINGS.COM
Registry Domain ID: 2514880728_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.launchpad.com
Registrar URL: LaunchPad.com
Updated Date: 2020-04-14T23:06:11Z
Creation Date: 2020-04-14T23:06:10Z
Registrar Registration Expiration Date: 2021-04-14T23:06:10Z
Registrar: Launchpad, Inc. (HostGator)
Registrar IANA ID: 955
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Matthew Mazzone
Registrant Organization: None
Registrant Street: 2 Lavant Lane
Registrant City: BURNT HILLS
Registrant State/Province: NY
Registrant Postal Code: 12027-9434
Registrant Country: US
Registrant Phone: +1.5184669424
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: mattmazz28@gmail.com
Registry Admin ID: Not Available From Registry
Admin Name: Matthew Mazzone
Admin Organization: None
Admin Street: 2 Lavant Lane
Admin City: BURNT HILLS
Admin State/Province: NY
Admin Postal Code: 12027-9434
Admin Country: US
Admin Phone: +1.5184669424
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: mattmazz28@gmail.com
Registry Tech ID: Not Available From Registry
Tech Name: Matthew Mazzone
Tech Organization: None
Tech Street: 2 Lavant Lane
Tech City: BURNT HILLS
Tech State/Province: NY
Tech Postal Code: 12027-9434
Tech Country: US
Tech Phone: +1.5184669424
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: mattmazz28@gmail.com
Name Server: ns1.hostgator.com
Name Server: ns2.hostgator.com
DNSSEC: Unsigned
Registrar Abuse Contact Email: abuse@websitewelcome.com
Registrar Abuse Contact Phone: +1.713-574-5287
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

Sitemap   Blog   Terms   Privacy   Contact   California Privacy Notice   Do Not Sell My Personal Information
© 2021 DomainTools